**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10473 |
| Plaintiff - Appellee, | D.C. No. 3:08-cr-00091-JSW |
| v. | |
| JUAN MANUEL PENA-ANGUIANO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Northern District of California
Jeffrey S. White, District Judge, Presiding

Submitted December 17, 2013[**]

Before:    GOODWIN, WALLACE, and GRABER, Circuit Judges.

Juan Manuel Pena-Anguiano appeals pro se from the district court's order

denying his pro se motion for a sentence reduction under 18 U.S.C. § 3582(c).  We

have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Pena-Anguiano contends that the district court erred by failing to grant his

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

request for a sentence reduction, arguing that he should have received a Guidelines departure under U.S.S.G. § 5K3.1.  The government contends that this appeal should be dismissed based on an appeal waiver.  We decline to enforce the waiver and instead affirm on the merits.  The district court did not err in denying Pena-Anguiano's request for a sentence reduction because he failed to state a valid legal basis for reducing his sentence.  *See* 18 U.S.C. § 3582(c).

**AFFIRMED.**

12-10473